# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **Octavio Bringas**<br>**Plaintiff**<br>vs.<br>**United States of America**<br>**B.O.P. and CoreCivic-AC**<br>**Hugh Hurwitz**<br>Director (D.O.J.)<br>**Mark Ien**<br>Director (B.O.P.)<br>**Mr. Gillis**<br>Warden CoreCivic-ACCC<br>**Ms. Johnson**<br>Record Supervisor<br>**Ms. Gavette**<br>Grievance coordinator<br>**Ms. Knigt**<br>Case Manager<br>**Ms. Pernell**<br>Counselor<br>**John Doe, Charlie Doe,**<br>**Richard Doe, et. al.**<br>For not knowing their names and or any other partner or insurance company responsible for all mental distress, emotional, physical and psychological harms that the plaintiff has suffered for the negligent actions of the herein defendants.<br>**Defendants** | **Civil No. 5:19-cv-00014-DCB-MTP**<br><br>ORDER OVER: MOTION COMPLYING WITH THE COURT ORDER IN CASE OF DEMAND and CLAIM TO THE PROTECTION OF THE RULE 2241 and/or 42 USCS. ¡1983, (...and TORT!) |



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 1 2 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

## MOTION COMPLYING WITH THE COURT ORDER

### TO THE HONORABLE COURT

COMES NOW, by his own right and as an indigent the complainant, Mr. Octavio Bringas, hereinafter "the Plaintiff", who respectfully exposes, inform and requests:

1. The Plaintiff is a confined of legal age, who is under the custody of a private facility named, Adams County Correctional Center, within the Adams County of Mississippi jurisdiction.

2. At the time that this **MOTION COMPLYING WITH THE COURT ORDER** is being sending the Plaintiff is being restricted from his freedom, by and under the Private facility known as Corrections Corporation of America (CCA) and/or under the name Adams County Correctional Center, ACCC = Core-Civic, at 20 Hobo Forks Road, Natchez, MS 39190. with the following Mail Address: P.O. Box 1600 Washington MS 39190.

**\*\*INFORM\*\***

3. This Honorable Court ordered for the Plaintiff to send envelopes and Postal Stamps, with the purpose that this Honorable Court can send any kind of document without the expense of the postal fee. I send the envelopes and Postal Stamps as it was ordered. I also inform to this Honorable Court that the $5.00 requested by this Honorable Court were already sent by check through the Institution Adams County Correctional Center.

Respectfully submitted this 7th day of March, 2019.

Octavio Bringas
Inmate #:08680-095
P.O. Box 1600
Washington, MS 39190

**SBRR**
sbrr

2 Of 2