### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**OCTAVIO BRINGAS, # 08680-095**                                    **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 5:19cv14-DCB-MTP**

**UNITED STATES OF AMERICA, BUREAU**
**OF PRISONS, HUGH HURWITZ, MARK**
**IEN, WARDEN GILLIS, RECORD**
**SUPERVISOR JOHNSON, GRIEVANCE**
**COORDINATOR GAVETTE, CASE**
**MANAGER KNIGHT, COUNSELOR**
**PERNELL, JOHN DOE, CHARLIE DOE,**
**RICHARD DOE, and CORECIVIC-AC**                                    **RESPONDENTS**

### <u>ORDER REQUIRING PETITIONER TO RESPOND</u>

This matter is before the Court *sua sponte*.   *Pro se* Petitioner Octavio Bringas is

incarcerated with the Bureau of Prisons.   He brings this 28 U.S.C. § 2241 habeas action

challenging the execution of his sentence.

The Petition [1] is not sworn as required under 28 U.S.C. § 2242.   Since it is not verified,

it is insufficient to invoke federal habeas jurisdiction.   *Weaver v. Texas*, 441 F.2d 388, 389 n.1

(5th Cir. 1971).   Because the pleading does not conform to the statute, the Court is of the

opinion that Bringas shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Bringas a copy of the signature page of the

Petition.   No later than April 9, 2019, he shall sign the document under oath and file it with the

Court.

**IT IS THEREFORE ORDERED** that, for the reasons stated above, the Clerk of Court

shall mail *pro se* Petitioner Octavio Bringas a copy of the signature page of the Petition for Writ

of Habeas Corpus [1] along with a copy of this Order.   Petitioner shall sign the Petition under

oath and file it with the Court **no later than April 9, 2019**.   Petitioner is warned that failure to

timely comply with any Order of the Court or to keep the Court informed of Petitioner's current

address may result in dismissal of this cause.

      **SO ORDERED**, this the 26th day of March, 2019.

            s/ Michael T. Parker
            UNITED STATES MAGISTRATE JUDGE