IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

OCTAVIO BRINGAS, # 08680-095                                             PETITIONER

VERSUS                                          CIVIL ACTION NO. 5:19cv14-DCB-MTP

UNITED STATES OF AMERICA, BUREAU
OF PRISONS, HUGH HURWITZ, MARK
IEN, WARDEN GILLIS, RECORD
SUPERVISOR JOHNSON, GRIEVANCE
COORDINATOR GAVETTE, CASE
MANAGER KNIGHT, COUNSELOR
PERNELL, JOHN DOE, CHARLIE DOE,
RICHARD DOE, and CORECIVIC-AC                                           RESPONDENTS

## ORDER REQUIRING RESPONDENT TO ANSWER

BEFORE THE COURT is *pro se* Petitioner Octavio Bringas's Petition for Writ of

Habeas Corpus [1, 8], pursuant to 28 U.S.C. § 2241.   He is incarcerated with the Bureau of

Prisons at the Adams County Correctional Center in Natchez, Mississippi.

The Court notes that the proper Respondent is the "person having custody over the person

detained."   28 U.S.C. § 2243.   *See also*, 28 U.S.C. § 2242.   Petitioner lists Warden Gillis as

the Warden of Adams County Correctional Center.   Therefore, Respondents United States of

America, Bureau of Prisons, Hugh Hurwitz, Mark Ien, Record Supervisor Johnson, Grievance

Coordinator Gavette, Case Manager Knight, Counselor Pernell, John Doe, Charlie Doe, Richard

Doe, and Core Civic-AC are hereby removed as Respondents in this matter.   Further, the Court

has considered the matter and is of the opinion that Gillis shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the United States of America, Bureau of Prisons,

Hugh Hurwitz, Mark Ien, Record Supervisor Johnson, Grievance Coordinator Gavette, Case

Manager Knight, Counselor Pernell, John Doe, Charlie Doe, Richard Doe, and Core Civic-AC

are hereby removed as Respondents in this case.

**IT IS FURTHER ORDERED** that Respondent Warden Gillis shall file an answer or other responsive pleading in this case within 20 days of the service of a copy of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1, 8] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden Gillis**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

**IT IS FURTHER ORDERED** that the Clerk of Court shall also serve a copy of this Order upon *pro se* Petitioner Octavio Bringas by mailing same to his last known address.

**SO ORDERED**, this the 29th day of April, 2019.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE

2